IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FRANK KLINGER,                          )
                                        )
         Plaintiff,                     )
                                        )
v.                                      )        CIVIL ACTION NO. 2:05cv475-W
                                        )
G. D. SEARLE LLC, et al.,               )
                                        )
         Defendants.                    )

**ORDER**

The report of parties planning meeting was filed July 25, 2005. However, the undersigned Magistrate Judge cannot enter a scheduling order or proceed in this action without written consent from all parties. Accordingly, it is ORDERED that the parties are DIRECTED to execute and file, on or before September 1, 2005, either the attached form consenting to Magistrate Judge jurisdiction or the form requesting reassignment to a District Judge.[1]

DONE, this 15th day of August, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] This order supersedes any notice the parties may have received or may hereafter receive from the Clerk of the Court regarding consent to Magistrate Judge jurisdiction. Any party to the lawsuit has the right to decline assignment of this case to a Magistrate Judge and to request random reassignment of this case to a District Judge for all purposes including trial and the entry of final judgment. The Magistrate Judge will not be advised of the identity of any party requesting reassignment.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

_____,          )
                                          )
                Plaintiff(s),             )
                                          )
v.                                        )          CIVIL ACTION NO. _____
                                          )
_____,          )
                                          )
                Defendant(s).             )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636©, the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____
_____
   Date                                 Signature


_____
                Counsel For (**print** name of all parties)


_____
                Address, City, State Zip Code


_____
                Telephone Number


**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
**Please mail to:**
**Clerk, United States District Court**
**Post Office Box 711**
**Montgomery, AL 36101**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

_____,    )
                                    )
            Plaintiff(s),           )
                                    )
v.                                  )            CIVIL ACTION NO. _____
                                    )
_____,    )
                                    )
            Defendant(s).           )

**REQUEST FOR REASSIGNMENT OF CASE**
**TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the Magistrate Judge's exercise of civil jurisdiction in this case. The undersigned party requests reassignment of this case to a United States District Judge.

_____

_____
      Date                          Signature


_____
                          Counsel For (**print** name of all parties)


_____
                          Address, City, State Zip Code


_____
                          Telephone Number


<u>**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**</u>
**Please mail to:**
**Clerk, United States District Court**
**Post Office Box 711**
**Montgomery, AL 36101**