IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 AUG 23 A 9: 26
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Frank Klinger,
)
)
Plaintiff(s),
)
)
v.
)    CIVIL ACTION NO. 2:05cv475-W
)
G.D. Searle LLC, et al.,
)
)
Defendant(s).
)

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636©, the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

8/18/05                    Navan Ward
_____                    _____
Date                       Signature

Frank Klinger - Plaintiff
_____
Counsel For (**print** name of all parties)

218 Commerce St. Montgomery, AL 36104
_____
Address, City, State Zip Code

334-269-2343
_____
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
**Clerk, United States District Court**
**Post Office Box 711**
**Montgomery, AL 36101**