IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

_Frank Klinger_,                     )
           Plaintiff(s),       )  2005 OCT 11 A 10: 14
                               )
           v.                  )  CIVIL ACTION NO. _2:05cv475-SRW_
                               )
_G. D. Searle, et al_,               )
           Defendant(s).       )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_10/7/05_
Date

_Michael L. W_____
Signature  G.D. Searle; Pharmacia; Pfizer Inc.

Counsel For (print name of all parties)
_2100 3rd Avenue No, Ste. 1100_
_Birmingham, AL 35203_
Address, City, State Zip Code

_205 250-5000_
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101