IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANK KLINGER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>G.D. SEARLE, LLC (hereinafter )<br>"Searle") a subsidiary of PHARMACIA )<br>CORPORATION, (hereinafter )<br>"Pharmacia"), a Foreign Corporation; )<br>MONSANTO COMPANY; PFIZER )<br>INC., et al, )<br>)<br>Defendants. ) | CIVIL ACTION NO. CV-05-475 |

## NOTICE OF TRANSFER

The undersigned attorney for Defendants hereby gives the Court notice that, on September 29, 2005, the Judicial Panel on Multidistrict Litigation issued a conditional transfer of this action, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), to MDL-1699, *In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*. See Conditional Transfer Order, attached hereto as Exhibit A.

Respectfully submitted,

/s/ Michael L. Wade
Lawrence B. Clark
Michael L. Wade, Jr.
Gilbert C. Steindorff, IV
Attorneys for G.D. Searle LLC, Pharmacia

Corporation and Pfizer Inc.

**OF COUNSEL:**

ADAMS AND REESE/LANGE SIMPSON
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama 35203
205 250-5050

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 13th day of October, 2005, I caused the foregoing to be filed via the CM/ECF system, which will automatically provide electronic notice to the following counsel of record:

Navan Ward, Jr.
Andy D. Birchfield, Jr.
Paul Sizemore
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES
P. O. Box 4160
Montgomery, Alabama 36103-4160

OF COUNSEL