IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FRANK KLINGER,                                        )
                                                      )
    Plaintiff,                                        )
                                                      )
vs.                                                   )
                                                      )  CIVIL ACTION NO. 2:05-cv-00475-SRW
G.D. SEARLE, LLC (hereinafter                         )
"Searle") a subsidiary of                             )
PHARMACIA CORPORATION,                                )
(hereinafter "Pharmacia"), a                          )
Foreign Corporation; MONSANTO                         )
COMPANY; PFIZER INC., et al.,                         )
                                                      )
    Defendants.                                       )
                                                      )

**MOTION GRANTED**

THIS ___13th___ DAY OF ___October___, 20 _05_

_____
UNITED STATES MAGISTRATE JUDGE

## JOINT MOTION FOR A STAY OF PROCEEDINGS PENDING TRANSFER TO *IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, MDL-1699*

NOW COME Plaintiff and Defendants G.D. Searle LLC ("Searle"), Pharmacia Corporation, Monsanto Company[1] and Pfizer Inc. ("Pfizer") (the "Defendants"), (collectively, along with Plaintiff, "the Parties"), and jointly move this Court for a stay of all proceedings pending the transfer of this case to the United States District Court for the Northern District of California for consolidated and coordinated pre-trial proceedings as part of *In re Bextra and Celebrex Marketing, Sales practices and Products Liability Litigation*, MDL-1699. In support of this motion, the Parties respectfully show the Court as follows:

I.

Background

---

[1] It is Defendants position that Pharmacia is improperly captioned in Plaintiff's Complaint as Monsanto Company. However, it is Plaintiff's position that Monsanto Company is a proper Party to this action suit.