# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 7, 2005

Richard W. Wieking
Clerk of Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  MDL 05-1699 In re Bextra and Celebrax Marking, Sales Practices
     and Products Liability Litigation

     Civil Action No. 2:05cv475(W)

     Klinger vs. G.D.Seale, LLC, et al

Dear Mr. Wieking:

Please find enclosed a copy of tranfer order along with original
documents and a certified copy of the docket sheet in the above-
styled case.  This case is being transferred to your court pursuant
to the Conditional Transfer Order entered by the Judicial Panel on
Multi-District Litigation on 9/29/05.

Please acknowledge receipt of same by returning to us the enclosed
copy of this letter.

                              Sincerely,


                              DEBRA P. HACKETT, CLERK

                              By:
                                   Von Austin
                                   Deputy Clerk

DPH/vma

Enclosures

cc:  File
     All counsel of record